■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO CHICLANA, Appellant. [659 NYS2d 748] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered May 11, 1994, convicting defendant, after a jury trial, of criminal possession of a weapon in the second degree, and

sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's credibility determinations (*see, People v Gaimari*, 176 NY 84, 94). We perceive no abuse of sentencing discretion. Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.